# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUUL LABS, INC.,

    Plaintiff(s),

v.

MOUNIR SEKKAT,

    Defendant(s).

Case No. 2:20-cv-02328-JCM-NJK

**Order**

[Docket No. 18]

Pending before the Court is a stipulation to extend the discovery cutoff and subsequent deadlines. Docket No. 18. The Court set a hearing on that stipulation for August 24, 2021. Docket No. 19. The parties have now filed a notice of settlement. Docket No. 20. Accordingly, the hearing is **VACATED** and the stipulation to extend is **DENIED** as moot.

Dismissal papers must be filed by September 13, 2021.

IT IS SO ORDERED.

Dated: August 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge